IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRI DEVORE HOWLETT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Case No. 3:20-cv-00143-M |
| EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, and NATIONSTAR MORTGAGE LLC, | § § § § § | |
| Defendants. | § § § § | |

## FINAL JUDGMENT

The Court previously granted Defendant Trans Union LLC's Motion for Judgment on the Pleadings (ECF No. 26). In accordance with that Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Terri DeVore Howlett take nothing on her claims against Defendant Trans Union LLC. All costs of court are taxed against Plaintiff.

**SO ORDERED**.

April 29, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE